Hearing Date: January 27, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| NESS III, WILLIAM G. | § | Case No. 09-33533 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on January 27, 2011
in Courtroom  682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Kenneth Gardner_____
                                            Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NESS III, WILLIAM G. | § | Case No. 09-33533 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 17,000.60 |
| *and approved disbursements of* | $ | 2,500.00 |
| *leaving a balance on hand of*[1] | $ | 14,500.60 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: Joseph A. Baldi, Trustee* | $ 2,200.06 | $ 0.00 |
| *Attorney for trustee: Baldi Berg & Wallace, Ltd.* | $ 7,118.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd* | $ 967.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,562.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,251.38 | $ 794.22 |
| 000002 | Chase Bank USA, N.A. | $ 6,787.84 | $ 1,268.07 |
| 000003 | Chase Bank USA,N.A | $ 756.14 | $ 141.26 |
| 000004 | US Bank N.A. | $ 10,204.10 | $ 1,906.27 |
| 000005 | US Bank N.A. | $ 303.21 | $ 56.64 |
| 000006 | US Bank N.A. | $ 260.04 | $ 48.58 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

       Prepared By: /s/ _____

                             Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1  User: gbeemster  Date Created: 11/24/2010
Case: 09−33533  Form ID: pdf006  Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | William G. Ness, III | 1761 W 97th Street | Chicago, IL 60643 | | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Donna B Wallace | Joseph A Baldi &Associates, PC | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Thomas W Lynch | Thomas W Lynch &Associates PC | 9231 S Roberts Rd | Hickory Hills, IL 60457 | |
| 14430330 | Capital One Bank | Bankruptcy Department | PO Box 5294 | Carol Stream, IL 60197−5294 | |
| 14430331 | Capital One Bank | C/O Client Services | 3451 Harry Truman Blvd | Saint Charles, MO 63301−4047 | |
| 14430332 | Chase | Bankruptcy Department | 800 Brooksedge Blvd | Westerville, OH 43081 | |
| 14430333 | Chase Bank | C/O Atty Michael D. Fine | 131 S Dearborn St, Floor 5 | Chicago, IL 60603 | |
| 14812196 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | | |
| 14919871 | Chase Bank USA,N.A | c/o Creditors Bankruptcy Service | P O Box 740933 | Dallas,Tx 75374 | |
| 14430334 | Christ Medical Center | PO Box 70508 | Chicago, IL 60673 | | |
| 14430335 | CitiBank CBSD | Bankruptcy Department | PO Box 6241 | Sioux Falls, SD 57117−6241 | |
| 14430336 | CitiBank SD | C/O Blatt, Hasenmiller et al | 125 S. Wacker Drive, Ste 400 | Chicago, IL 60606 | |
| 14757923 | DISCOVER BANK | DFS Services LLC | PO Box 3025 | New Albany, Ohio 43054−3025 | |
| 14430337 | Department of Transportation | Division of Prject Development | 30 N LaSalle St, Ste 500 | Chicago, IL 60602 | |
| 14430338 | Discover Financial | Bankruptcy Department | PO Box 15316 | Wilmington, DE 19850 | |
| 14430339 | Greenwood Medical Group | 11001 S Kedzie Ave | Chicago, IL 60655 | | |
| 14430340 | Harris and Harris | 600 West Jackson Blvd | Suite 400 | Chicago, IL 60661 | |
| 14430341 | Kelly A Ness | 10330 S Oakley | Chicago, IL 60643 | | |
| 14430342 | Kelly A. Ness | 10330 S Oakley | Chicago, IL 60643 | | |
| 14430343 | Kohl's | Bankruptcy Department | PO Box 2983 | Milwaukee, WI 53201−2983 | |
| 14430344 | Medical Business Bureau | PO Box 1219 | Park Ridge, IL 60068−7219 | | |
| 14430345 | Palos Community Hospital | 12251 South 80th Ave | Palos Heights, IL 60463 | | |
| 14430346 | State Disbursment Unit | PO Box 5400 | Carol Stream, IL 60197−5400 | | |
| 14430347 | States Atty Child Support | 28 N Clark St | Chicago, IL 60602 | | |
| 14430348 | US Bank | Bankruptcy Department | PO Box 30869 | Portland, OR 97294 | |
| 14430349 | US Bank | Bankruptcy Department | PO Box 5227 | Cincinnati, OH 45201 | |
| 15044900 | US Bank N.A. | P.O. Box 5229 | Cincinnati, OH 45201 | | |
| 14430350 | Wells Fargo Home Mortgage | Attn: Bankruptcy Dept | 3476 Stateview Blvd | Fort Mill, SC 29715 | |

TOTAL: 30

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: driddick              Page 1 of 2                   Date Rcvd: Nov 29, 2010
Case: 09-33533                Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on Dec 01, 2010.
db           +William G. Ness, III,    1761 W 97th Street,    Chicago, IL 60643-1244
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Thomas W Lynch,    Thomas W Lynch & Associates PC,    9231 S Roberts Rd,
               Hickory Hills, IL 60457-3810
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14430331      Capital One Bank,    C/O Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-4047
14430330      Capital One Bank,    Bankruptcy Department,    PO Box 5294,    Carol Stream, IL 60197-5294
14430332     +Chase,    Bankruptcy Department,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14430333     +Chase Bank,    C/O Atty Michael D. Fine,    131 S Dearborn St, Floor 5,    Chicago, IL 60603-5571
14812196      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14919871     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14430334     +Christ Medical Center,    PO Box 70508,    Chicago, IL 60673-0508
14430335      CitiBank CBSD,    Bankruptcy Department,    PO Box 6241,    Sioux Falls, SD 57117-6241
14430336     +CitiBank SD,    C/O Blatt, Hasenmiller et al,    125 S. Wacker Drive, Ste 400,
               Chicago, IL 60606-4440
14430337     +Department of Transportation,    Division of Prject Development,    30 N LaSalle St, Ste 500,
               Chicago, IL 60602-2503
14430339     +Greenwood Medical Group,    11001 S Kedzie Ave,    Chicago, IL 60655-2221
14430341     +Kelly A Ness,    10330 S Oakley,    Chicago, IL 60643-2409
14430344      Medical Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
14430345     +Palos Community Hospital,    12251 South 80th Ave,    Palos Heights, IL 60463-0930
14430346      State Disbursment Unit,    PO Box 5400,    Carol Stream, IL 60197-5400
14430347     +States Atty Child Support,    28 N Clark St,    Chicago, IL 60602-2716
14430348    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    Bankruptcy Department,    PO Box 30869,
               Portland, OR 97294)
14430349    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    Bankruptcy Department,    PO Box 5227,
               Cincinnati, OH 45201)
15044900    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
14430350     +Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept,    3476 Stateview Blvd,
               Fort Mill, SC 29715-7203

The following entities were noticed by electronic transmission on Nov 29, 2010.
14757923      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14430338      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19     Discover Financial,
               Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
14430343      E-mail/PDF: cr-bankruptcy@kohls.com Nov 30 2010 00:58:45     Kohl's,    Bankruptcy Department,
               PO Box 2983,    Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14430342*    +Kelly A. Ness,    10330 S Oakley,    Chicago, IL 60643-2409
14430340    ##+Harris and Harris,    600 West Jackson Blvd,    Suite 400,    Chicago, IL 60661-5675
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: driddick            Page 2 of 2                Date Rcvd: Nov 29, 2010
Case: 09-33533                Form ID: pdf006           Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**              **Signature:**   _Joseph Speetjens_