UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
NESS III, WILLIAM G.                §     Case No. 09-33533
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) |  |  |  |  |
|   PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William G. Ness, III |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Department of Transportatin |  |  |  |  |  |
|  | Wells Fargo Home Mortgage |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kelly Ness | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank | | | | | |
| | Christ Medical Center | | | | | |
| | Citibank SD | | | | | |
| | Greenwood Medical Group | | | | | |
| | Harris & Harris | | | | | |
| | Medical Business Bureau | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | US BANK N.A. | | | | | |
| 000005 | US BANK N.A. | | | | | |
| 000006 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-33533 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | NESS III, WILLIAM G. | | | Date Filed (f) or Converted (c): | 09/10/09 (f) |
| | | | | 341(a) Meeting Date: | 10/21/09 |
| For Period Ending: | 03/08/11 | | | Claims Bar Date: | 02/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 interest in residence (10330 S. Oakley, Chgo) | 300,000.00 | 0.00 | | 17,000.00 | FA |
| Trustee reached agreement to sell debtor's interest in marital residence; to estranged wife co-owner, subject to lien. Also settled exemtion claim for $2,500. | | | | | |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 65.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods and Furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 6. Whole life insurance policy with Trustmark | 2,900.00 | 0.00 | | 0.00 | FA |
| 7. PENSION / PROFIT SHARING | 74,000.00 | 0.00 | | 0.00 | FA |
| 8. 1993 Grand Cherokee | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 1/2 interest in VW Passat | 2,250.00 | 0.00 | | 0.00 | FA |
| property subject to non-debtor interest, remaining auto exemption, no realizable value for estate | | | | | |
| 10. Computer | 100.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.05 | Unknown |
| TOTALS (Excluding Unknown Values) | $381,785.00 | $0.00 | | $17,002.05 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtor's former spouse for a purchase of the Debtor's 50% interest in the former marital residence; Trustee's Motion to Sell the Property was granted.; Trustee negotiated with the Debtor and resolved the objection to the Debtor's claimed homestead exemption such that Debtor was paid $2,500 from the proceeds of the sale.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-33533   JBS   Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | NESS III, WILLIAM G. | Date Filed (f) or Converted (c): | 09/10/09 (f) |
| | | 341(a) Meeting Date: | 10/21/09 |
| | | Claims Bar Date: | 02/17/10 |

Estate tax returns prepared and filed; TFR was filed and final hearing held 1/27/11; final distribution made

Initial Projected Date of Final Report (TFR): 03/15/11     Current Projected Date of Final Report (TFR): 03/15/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33533 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | NESS III, WILLIAM G. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6435 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2141 | | |
| For Period Ending: | 03/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/10 | | KELLY A. NESS | Sale of RE to Debtor's Wife | | 14,500.00 | | 14,500.00 |
| | | %O'Connor Title Guaranty, Inc. | | | | | |
| | | Escrow Account | | | | | |
| | | 162 Hubbard | | | | | |
| | | Chicago, Il 60654 | | | | | |
| | 1 | KELLY A. NESS | Memo Amount: 17,000.00 | 1110-000 | | | |
| | | | Sale of RE to Kelly Ness | | | | |
| | | WILLIAM G. NESS, III | Memo Amount: ( 2,500.00 ) | 8100-002 | | | |
| | | | Debtor's Exemption | | | | |
| 08/31/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 14,500.24 |
| 09/30/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,500.60 |
| 10/29/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,500.97 |
| 11/30/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,501.33 |
| 12/31/10 | 11 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,501.70 |
| 01/31/11 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.35 | | 14,502.05 |
| 01/31/11 | | Transfer to Acct #*******6810 | Final Posting Transfer | 9999-000 | | 14,502.05 | 0.00 |
| | | | For final distribution | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Account *******6435 | Balance Forward | 0.00 | |
| | | 1 Deposits | 14,500.00 | 0 Checks | 0.00 |
| | | 6 Interest Postings | 2.05 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 17,000.00 | | | 1 Transfers Out | 14,502.05 |
| Memo Allocation Disbursements: | 2,500.00 | Subtotal | $ 14,502.05 | | |
| | | | | Total | $ 14,502.05 |
| Memo Allocation Net: | 14,500.00 | 0 Adjustments In | 0.00 | | |
| | | 0 Transfers In | 0.00 | | |
| | | Total | $ 14,502.05 | | |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-33533 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | NESS III, WILLIAM G. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6810 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2141 | | | |
| For Period Ending: | 03/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/11 | | Transfer from Acct #*******6435 | Transfer In From MMA Account For final distribution | 9999-000 | 14,502.05 | | 14,502.05 |
| 01/31/11 | 001001 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 2,200.06 | 12,301.99 |
| 01/31/11 | 001002 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 967.50 | 11,334.49 |
| 01/31/11 | 001003 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St., Suite 1500 Chicago, IL 60603 | ATTORNEY FEES | 3110-000 | | 7,118.00 | 4,216.49 |
| 01/31/11 | 001004 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000001, Payment 18.69% | 7100-000 | | 794.49 | 3,422.00 |
| 01/31/11 | 001005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 18.69% | 7100-000 | | 1,268.50 | 2,153.50 |
| 01/31/11 | 001006 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000003, Payment 18.69% | 7100-000 | | 141.31 | 2,012.19 |
| 01/31/11 | 001007 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000004, Payment 18.69% | 7100-000 | | 1,906.93 | 105.26 |
| 01/31/11 | 001008 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000005, Payment 18.69% | 7100-000 | | 56.66 | 48.60 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 16.01c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33533 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | NESS III, WILLIAM G. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6810 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2141 | | |
| For Period Ending: | 03/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 001009 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000006, Payment 18.69% | 7100-000 | | 48.60 | 0.00 |

Account *******6810
- Balance Forward: 0.00
- 0 Deposits: 0.00
- 0 Interest Postings: 0.00
- Subtotal: $ 0.00
- 0 Adjustments In: 0.00
- 1 Transfers In: 14,502.05
- Total: $ 14,502.05

- 9 Checks: 14,502.05
- 0 Adjustments Out: 0.00
- 0 Transfers Out: 0.00
- Total: $ 14,502.05

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00
Memo Allocation Net: 0.00

Report Totals
- Balance Forward: 0.00
- 1 Deposits: 14,500.00
- 6 Interest Postings: 2.05
- Subtotal: $ 14,502.05
- 0 Adjustments In: 0.00
- 1 Transfers In: 14,502.05
- Total: $ 29,004.10

- 9 Checks: 14,502.05
- 0 Adjustments Out: 0.00
- 1 Transfers Out: 14,502.05
- Total: $ 29,004.10

Total Allocation Receipts: 17,000.00
Total Allocation Disbursements: 2,500.00
Total Memo Allocation Net: 14,500.00

Net Total Balance: $ 0.00

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 16.01c